Argued and submitted September 12, review dismissed as improvidently allowed September 21, 1995

STATE OF OREGON,
*Respondent on Review,*

*v.*

GRANT CHANDLER LANSING,
*Petitioner on Review.*

(DC 1008435; CA A82904; SC S42030)

901 P2d 857

Andy Simrin, Deputy Public Defender, Salem, argued the cause for petitioner on review. With him on the briefs was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent on review. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

John Henry Hingson, III, Oregon City, filed a brief on behalf of *amicus curiae* American Civil Liberties Union of Oregon, Inc.

MEMORANDUM OPINION

Review dismissed as improvidently allowed.